(79 South. 354)

CAMPBELL v. STATE. (8 Div. 133.)

(Supreme Court of Alabama. June 6, 1918.)

CRIMINAL LAW &=1179 — CERTIORARI — TIME FOR FILING PETITION—RULE OF COURT.

Petition for certiorari to Court of Appeals to review judgment affirming conviction, not filed within 15 days after Court of Appeals overruled petitioner's application for rehearing, as required by Supreme Court practice rule No. 42 (198 Ala. xiv, 77 South. vii), will be dismissed.

Certiorari to Court of Appeals.

J. J. Campbell was convicted of keeping intoxicating liquors for sale or other unlawful disposition, the judgment was affirmed by the Court of Appeals (16 Ala. App. 452, 78 South. 715), and he petitions for certiorari. Petition dismissed.

Bouldin & Wimberly, of Scottsboro, for appellant. F. Loyd Tate, Atty. Gen., for the State.

McCLELLAN, J. Petition of J. J. Campbell for certiorari to Court of Appeals, to review and revise the judgment of said cause rendered in the appeal of Campbell v. State, 16 Ala. App. 452, 78 South. 715. The petition was dismissed under rule 42, Supreme Court Practice (198 Ala. xiv, 77 South. vii), as it was filed more than 15 days after the Court of Appeals had overruled petitioner's application for a rehearing.